Argued and submitted June 12, affirmed September 15, 1980

In the Matter of the Compensation of
THOMPSON,
*Petitioner - Cross-Respondent,*
*v.*
BOISE CASCADE CORPORATION,
*Respondent - Cross-Petitioner.*

(No. 78-7871-E, CA 16118)

615 P2d 1206

David W. Hittle, Salem, waived argument for petitioner - cross-respondent. With him on the brief was Olson, Hittle, Gardner & Evans, Salem.

Paul De Muniz, Salem, argued the cause for respondent - cross-petitioner. With him on the brief was Garrett, Seideman, Hemann, Robertson & De Muniz, P.C., Salem.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

**PER CURIAM.**

The attorney's fees issue argued to us in this case was not adequately preserved before the Board. We are in agreement with the Board's factual determination.

Affirmed.